IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HSBC BANK USA, NATIONAL
ASSOCIATION, AS TRUSTEE FOR
SEMT 2007-2, BY WELLS FARGO
BANK, N.A.,

        Plaintiff,               Case No. 2:13-cv-0608 KJM DAD PS

   vs.

RANDALL J. RENNER;          <u>ORDER</u>
ROSEMARY L. RENNER,

        Defendants.
_____/

        Defendants are proceeding pro se in the above-entitled action. The matter was referred to a United States Magistrate Judge under Local Rule 302(c)(21).

        On April 5, 2013, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and no party has filed objections to the findings and recommendations.

/////

1

1   Although it appears from the docket that defendants' copies of the findings and
2 recommendations were returned as undeliverable and unable to be forwarded, defendants were
3 properly served. It is the defendants' responsibility to keep the court apprised of their current
4 address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of
5 the party is fully effective.

6   The court presumes that any findings of fact are correct. *See Orand v. United*
7 *States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are
8 reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.
9 1983). Having carefully reviewed the file, the court finds the findings and recommendations to
10 be supported by the record and by the proper analysis.

11   Accordingly, IT IS HEREBY ORDERED that:

12   1. The findings and recommendations filed April 5, 2013 (Doc. No. 10) are
13 adopted in full;

14   2. This action is summarily remanded to the Amador County Superior Court; and

15   3. This case is closed.

16 DATED: June 24, 2013.

_____
UNITED STATES DISTRICT JUDGE